# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN
56537
(218) 739-5758

May 10, 2005

**RE: Case Name:** USA vs Walter John Kras
**Case Number:** 0:02-CR-00023 (4) RHK/AJB

**NOTICE OF MONETARY IMPOSITION PAID IN FULL**

| DEBT | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $ 100.00 | 2/4/03 |

Sincerely,

s/Sheri Carlson
Financial Technician

FILED 5/10/05
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 2-4-03
Deputy Clerk's Initials SC